AO 450 (Rev. 5/85) Judgment in a Civil Case
================================================================================================================

# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

## JUDGMENT IN A CIVIL CASE

**CRAIG STREIT**,

        Plaintiff,

VS.                                                  CASE NUMBER:  8:04-cv-121-T-30MAP

**THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,**

        Defendant.

**Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff is entitled to a judgment for an award for disability benefits equal to $156,301.60, plus interest of $24,059.16 ($3,646.50 in interest on short term disability benefits, and $20,412.66 in interest on long term disability benefits) for a total judgment of $180,360.76, for all of which let execution issue.

**August 2, 2005**

                                                        SHERYL L. LOESCH, CLERK

                                                        BY  *Sara Boswell*
                                                            Deputy Clerk