**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CRAIG STREIT,**

    **Plaintiff,**

v.                                       Case No.  8:04-cv-121-T-30MAP

**THE GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA,**

    **Defendant.**
_____/

## **ORDER**

THIS CAUSE comes before the Court *sua sponte*.  A review of the file indicates that this case should be administratively closed pending receipt of a decision from the Eleventh Circuit Court of Appeals.

It is therefore ORDERED AND ADJUDGED that:

1.     The Clerk is directed to administratively CLOSE this file.

2.     Plaintiff's counsel is directed to request reactivation of this case once the appellate decision has been rendered.

**DONE** and **ORDERED** in Tampa, Florida on February 7, 2006.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2004\04-cv-121.admin close.frm